UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  Case Number: 14-cr-20278

v.                                    Honorable Thomas L. Ludington

STEVEN JOSEPH BORING,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S PLEA OF GUILTY

On November 20, 2014, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant's consent. *See* Consent, ECF No. 20. The Magistrate Judge issued her report on November 25, 2014, recommending that this Court accept Defendant's plea of guilty. Rep. & Rec. 2, ECF No. 23.

Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The election not to file objections to the Magistrate Judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The failure to file objections to the report and recommendation waives any further right to appeal.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 23, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**.

Dated: December 12, 2014                                s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 12, 2014.

s/Tracy A. Jacobs
TRACY A. JACOBS